People ex rel. Timourian v Imperati (2023 NY Slip Op 03429)

People ex rel. Timourian v Imperati

2023 NY Slip Op 03429

Decided on June 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
COLLEEN D. DUFFY
LARA J. GENOVESI
JANICE A. TAYLOR, JJ.

2023-05127

[*1]The People of the State of New York, ex rel. Mara Timourian, on behalf of Jasmin L. Dublin, petitioner,
v
Kirk Imperati, etc., et al., respondents.

Ulster County Public Defender, Poughkeepsie, NY (Mara Timourian pro se of counsel), for petitioner.
William V. Grady, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Jasmin L. Dublin upon her own recognizance or, in the alternative, to set reasonable bail upon Dutchess County Indictment Nos. 32/2023 and 70310/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Dutchess County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., DUFFY, GENOVESI and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court